**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pablo AGUIAN–FLORES, Defendant–Appellant.**

**No. 13–10451.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2014.*

Filed Nov. 25, 2014.

Christina Marie Cabanillas, Assistant U.S. Attorney, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

John Howard Messing, Messing Law Offices, PLC, Victoria Trull, Victoria Trull, Esq., Tucson, AZ, for Defendant–Appellant.

Pablo Aguian–Flores, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Pablo Aguian–Flores appeals from the district court's judgment and challenges his guilty-plea conviction and 24–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Aguian–Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Aguian–Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsels' motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.
* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).